485944
209-

---- United States Bankruptcy Court ----------- VOLUNTARY PETITION ---
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION
IN RE -------------------------          NAME OF JOINT DEBTOR
KAREN M. REBMANN
ALL OTHER NAMES -----------------          NO JOINT DEBTOR

SOC. SEC./TAX I.D. NO. ----------
  -  -8155
STREET ADDRESS OF DEBTOR --------
6247 Eagle Ridge Drive
Gurnee IL 60031
COUNTY OF RESIDENCE -------------
Lake
MAILING ADDRESS OF DEBTOR -------
6247 Eagle Ridge Drive
Gurnee IL 60031
VENUE ---------------------------------------------------------------
Debtor has had a residence in this District for 180 days immediately
preceding the date of this petition.
---------------- INFORMATION REGARDING DEBTOR -----------------------

| | |
|---|---|
| TYPE OF DEBTOR<br>Individual<br>NATURE OF DEBT<br>Non-Business/Consumer<br>A. TYPE OF BUSINESS<br>N/A<br>B. BRIEFLY DESCRIBE NATURE OF BUSINESS<br>N/A | CHAPTER OF BANKRUPTCY CODE<br>UNDER WHICH THE PETITION<br>IS FILED<br>7<br>FILING FEE<br>Attached<br>------------------------------ |
| STATISTICAL/ADMINISTRATIVE INFORMATION--<br>Debtor estimates that there will be<br>funds available for distribution to<br>unsecured creditors. | ATTORNEY NAME AND ADDRESS--<br>Richard Mann<br>1752642<br>Five South County St.<br>Waukegan, IL  60085 |

| | range   (sard code) | (847) 244-2211 |
|---|---|---|
| NO. OF CREDITORS | 16-49 | (2) |
| ASSETS (thousands) | 100-499 | |
| LIABIL. (thousands) | 100-499 | |
| NO. OF EMPLOYEES | N/A | |
| EQUITY SEC. HOLDERS | N/A | |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 01/15/2004
Time: 14:21:35
Debtor: KAREN M REBMANN
Case: 04-01701     Fee : 209
Chapter: 7 Rec. # : 3056464
Judge: A Benjamin Goldgar
341 mtg: 02/26/2004 @ 03:30PM
Trustee: JOSEPH COHEN

1:04BK01701-BK001

Name of Debtor: KAREN M. REBMANN
Case No.:

--------------------------------------------------------------------

---------- PRIOR BANKRUPTCY CASES FILED WITHIN LAST 6 YEARS ----------
NONE
--- PENDING BANKRUPTCY CASE FILED BY SPOUSE, PARTNER, OR AFFILIATE ---
NONE
------------------------ REQUEST FOR RELIEF ------------------------
Debtor requests relief in accordance with the chapter of title 11
United States Code specified in this petition.
-------------------------- SIGNATURES -----------------------------
ATTORNEY

Richard Mann                                   Date: 1/13/04
1752642
--------------------------------------------------------------------
INDIVIDUAL DEBTOR
I declare under penalty of perjury that the information provided in
this petition is true and correct.
                                               Date: 1/13/04
KAREN M. REBMANN
--------------------------------------------------------------------
I am aware that I may proceed under chapter 7, 11, 12, or 13 of title
11, United States Code, understand the relief available under such
chapter, and choose to proceed under chapter 7 of such title.

Exhibit B has been completed.
                                               Date: 1/13/04
KAREN M. REBMANN
------------------------- EXHIBIT B --------------------------------
I, the attorney for the debtor in the foregoing petition, declare that
I have informed the debtor that the debtor may proceed under chapter
7, 11, 12, or 13 of title 11, United States Code, and have explained
the relief available under such chapter.

                                               Date: 1/13/04
Richard Mann
1752642

--------------------------------------------------------------------

In re: KAREN M. REBMANN                    Case No:

## UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

======================= SUMMARY OF SCHEDULES =========================

| Schedule name | No. Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|
| X (mark if attached) | | | | |
| ___ A - Real Property | 1 | 185,000.00 | | |
| ___ B - Personal Property | 3 | 17,510.00 | | |
| ___ C - Property Claimed as Exempt | 2 | | | |
| ___ D - Creditors Holding Secured Claims | 1 | | 172,904.00 | |
| ___ E - Creditors Holding Unsecured Priority Claims | 2 | | 0.00 | |
| ___ F - Creditors Holding Unsecured Non-priority Claims | 3 | | 101,882.78 | |
| ___ G - Executory Contracts and Unexpired Leases | 1 | | | |
| ___ H - Codebtors | 1 | | | |
| ___ I - Current Income of Individual Debtors | 2 | | | 1,803.67 |
| ___ J - Current Expenditures of Individual Debtors | 2 | | | 2,812.00 |
| Summary Sheet | 1 | ********************************** |
| Total No. Sheets | 19 | ********************************** |
| Total Assets -> | | 202,510.00 |********************************** |
| Total Liabilities -> | | | 274,786.78 |****** |
| Total No. of Creditors -> | | | 16 |****** |
| Excess Income (if any) -> | | | -1,008.33 | |

=========================================================================

In re: KAREN M. REBMANN                          Case No:

## SCHEDULE A - REAL PROPERTY

| Description and location of property | Current market value of debtor's interest in the property without deducting any secured claim or exemption |
|---|---|
| Nature of debtor's interest in property | Amount of secured claim |

Personal residence

                              Debtor's interest:        185,000.00
                       Total debt on property:        163,600.00
            Location: 6247 Eagle Ridge Drive, Gurnee IL 60031
   Nature of interest: Sole owner
Secured creditor(s): Washington Mutual
          Possession: In debtor's possession.

                                          Total:        185,000.00

In re: KAREN M. REBMANN                          Case No:

### SCHEDULE B - PERSONAL PROPERTY

| Type of property Description and location of property | Current market value of debtor's interest in property without deducting any secured claim or exemption |
|---|---|

1.  Cash on hand.
Cash on hand

|  |  |
|---|---|
| Debtor's interest: | 10.00 |
| Total debt on property: | 0.00 |

        Location: In debtor's possession.

2.  Checking, savings, or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives.
Checking account

|  |  |
|---|---|
| Debtor's interest: | 100.00 |
| Total debt on property: | 0.00 |

        Possession: In debtor's possession.

3.  Security deposits with public utilities, telephone companies, landlords, and others.
        NONE
4.  Household goods and furnishings, including audio, video, and computer equipment.
Household goods

|  |  |
|---|---|
| Debtor's interest: | 200.00 |
| Total debt on property: | 0.00 |

        Location: In debtor's possession.

5.  Books, pictures, and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles.
        NONE
6.  Wearing apparel.
Wearing apparel

|  |  |
|---|---|
| Debtor's interest: | 200.00 |
| Total debt on property: | 0.00 |

        Location: In debtor's possession.

7.  Furs and jewelry.
        NONE
8.  Firearms and sports, photographic, and other hobby equipment.
        NONE
9.  Interests in insurance policies.
Term insurance

|  |  |
|---|---|
| Debtor's interest: | 0.00 |

In re: KAREN M. REBMANN                    Case No:

                                      Total debt on property:            0.00
            Possession: In debtor's possession.
                    Reassurance American Lif

10. Annuities.
    NONE
11. Interests in IRA, ERISA, Keogh, or other pension or profit
    sharing plans.
    NONE
12. Stock and interests in incorporated and unincorporated businesses.
    NONE
13. Interests in partnerships or joint ventures.
    NONE
14. Government and corporate bonds and other negotiable and non-
    negotiable instruments.
    NONE
15. Accounts receivable.
    NONE
16. Alimony, maintenance, support, and property settlements to which
    the debtor is or may be entitled.
    NONE
17. Other liquidated debts owing debtor including tax refunds.
IRA

                              Debtor's interest:          5,000.00
                              Total debt on property:            0.00
            Possession: In debtor's possession.


18. Equitable or future interests, life estates, and rights or
    powers exercisable for the benefit of the debtor other than
    those listed in Schedule of Real Property.
    NONE
19. Contingent and noncontingent interests in estate of a
    decedent, death benefit plan, life insurance policy, or trust.
    NONE
20. Other contingent and unliquidated claims of every nature,
    including tax refunds, counterclaims of the debtor, and
    rights to setoff claims.
    NONE
21. Patents, copyrights, and other intellectual property.
    NONE
22. Licenses, franchises, and other general intangibles.
    NONE
23. Automobiles, trucks, trailers, and other vehicles or accessories.
1996 Mitsubishi Galant
                              Debtor's interest:            500.00
                              Total debt on property:            0.00
            Location: In debtor's possession.

1996 Toyota

In re: KAREN M. REBMANN                      Case No:

|  | Debtor's interest: | 500.00 |
|---|---|---|
|  | Total debt on property: | 0.00 |

Location: In debtor's possession.

2000 Mercury

|  | Debtor's interest: | 11,000.00 |
|---|---|---|
|  | Total debt on property: | 8,500.00 |

Location: In debtor's possession.
Secured creditor(s): Ford Credit

24. Boats, motors, and accessories.
    NONE
25. Aircraft and accessories.
    NONE
26. Office equipment, furnishings, and supplies.
    NONE
27. Machinery, fixtures, equipment, and supplies used in business.
    NONE
28. Inventory.
    NONE
29. Animals.
    NONE
30. Crops - growing or harvested.
    NONE
31. Farming equipment and implements.
    NONE
32. Farm supplies, chemicals, and feed.
    NONE
33. Other personal property of any kind not already listed.
    NONE

                                    Total:        17,510.00

In re: KAREN M. REBMANN                     Case No:

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

11 U.S.C. sec. 522(b)(2)

Exemptions available under applicable non-bankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition or for a longer portion of the 180 day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable non-bankruptcy law.

Debtor is single.

| Description of property | Value of claimed exemption |
|---|---|
| Specify law providing each exemption | Current market value of property without deducting exemption |

**1996 Mitsubishi Galant**
Debtor's interest:        500.00     Value exempt:
Law: 735 ILCS 5/12-1001                          500.00

**1996 Toyota**
Debtor's interest:        500.00     Value exempt:
Law: 735 ILCS 5/12-1001                          500.00

**2000 Mercury**
Debtor's interest:     11,000.00     Value exempt:
Law: 735 ILCS 5/12-1001                        1,200.00
Total debt
on property:      8,500.00

**Cash on hand**
Debtor's interest:         10.00     Value exempt:
Law: 735 ILCS 5/12-1001                           10.00

**Checking account**
Debtor's interest:        100.00     Value exempt:
Law: 735 ILCS 5/12-1001                          100.00

**Household goods**
Debtor's interest:        200.00     Value exempt:
Law: 735 ILCS 5/12-1001                          200.00

**IRA**
Debtor's interest:      5,000.00     Value exempt:
                                               5,000.00

In re: KAREN M. REBMANN                    Case No:

                    Law: 735 ILCS 5/12-1001

Personal residence
          Address:  6247 Eagle Ridge Drive, Gurnee IL 60031
     Debtor's interest:      185,000.00    Value exempt:      7,500.00
               Law: 735 ILCS 5/12-1001
          Total debt
       on property:      163,600.00

Term insurance
     Debtor's interest:           0.00    Value exempt:          0.00
               Law: 735 ILCS 5/12-1001

Wearing apparel
     Debtor's interest:         200.00    Value exempt:        200.00
               Law: 735 ILCS 5/12-1001

In re: KAREN M. REBMANN                          Case No:

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

==================================================================

| Creditor's name and complete mailing address including zip code | Amount of claim without deducting value of collateral |
| --- | --- |
| Date claim was incurred, nature of lien, and description and market value of property subject to the lien | Unsecured portion, if any |

==================================================================

| | | |
| --- | --- | --- |
| Account no.: 23733933 | Amount of claim: | 8,500.00 |
| Ford Credit | Unsecured: | 0.00 |
| PO Box 219825 | | |
| Kansas City, MO 64101 | | |

Incurred: 5/2000
Nature of lien: Purchase of vehicle
Claim is: Fixed and liquidated.
Collateral description: 2000 Mercury
Collateral market value:        11,000.00

| | | |
| --- | --- | --- |
| Account no.: 201601102745041 | Amount of claim: | 804.00 |
| Oreck | Unsecured: | 304.00 |
| Retail Services | | |
| PO Box 703 | | |
| Wood Dale, IL 60191-0703 | | |

Incurred: 2003
Nature of lien: Purchase of vacuum cleaner
Claim is: Fixed and liquidated.
Collateral description: Vacuum cleaner
Collateral market value:        500.00

| | | |
| --- | --- | --- |
| Account no.: 5972537665 | Amount of claim: | 163,600.00 |
| Washington Mutual | Unsecured: | 0.00 |
| PO Box 660139 | | |
| Dallas, TX 75266-0139 | | |

Incurred: 2001
Nature of lien: Mortgage
Claim is: Fixed and liquidated.
Collateral description: Single family residence
Collateral market value:        185,000.00

Subtotal this page:        172,904.00
Total:        172,904.00

In re: KAREN M. REBMANN                    Case No:

SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

TYPES OF PRIORITY CLAIMS:

Wages, Salaries, and Commissions

Wages, salaries, and commissions, including vacation,
severance, and sick leave pay owing to employees, up to a
maximum of $2000 per employee, earned within 90 days
immediately preceding the filing of the original petition, or
the cessation of business, whichever occurred first, to the
extent provided in 11 U.S.C. sec. 507(a)(3).

Contributions to Employee Benefit Plans

Money owed to employee benefit plans for services rendered
within 180 days immediately preceding the filing of the original
petition, or the cessation of business, whichever occurred first
to the extent provided in 11 U.S.C. sec. 507(a)(4).

Certain Farmers or Fishermen

Claims of certain farmers or fishermen, up to a maximum of $2000
per farmer or fisherman, against the debtor, as provided in 11
U.S.C. sec. 507(a)(5).

Deposits by Individuals

Claims of individuals up to a maximum of $900 for deposits for
the purchase, lease, or rental of property or services for
personal, family, or household use, that were not delivered or
provided.  11 U.S.C. sec. 507(a)(6).

Taxes and Certain Other Debts Owed to Governmental Units

Taxes, customs duties, and penalties owing to federal, state,
and local governmental units as set forth in 11 U.S.C.
sec. 507(a)(7).

In re: KAREN M. REBMANN                    Case No:

### SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount entitled to priority |
|---|---|
| Date claim was incurred and consideration for claim | Total amount of claim |

1.   Wages, Salaries, and Commissions.

   NONE

2.   Contributions to Employee Benefit Plans.

   NONE

3.   Certain Farmers or Fishermen.

   NONE

4.   Deposits by Individuals.

   NONE

5.   Taxes and Certain Other Debts Owed to Governmental Units.

   NONE

Subtotal this page:        0.00
            Total:        0.00

Page 2

In re: KAREN M. REBMANN                    Case No:

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| Creditor's name and complete mailing address including zip code | Amount of claim |
|---|---|
| Date claim was incurred and consideration for claim. If claim is subject to setoff, so state. | |

Account no.:                              Amount of claim:        16,662.16
AT&T
Attn:  Linda Adams
Bankruptcy Dept.
6021 S. Rio Grande Ave
Orlando, FL32859
              Incurred: 2002
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                              Amount of claim:            80.00
Centre Club
1405 Hunt Club Road
Gurnee IL 60031
              Incurred: 2003
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.: 11011                        Amount of claim:         7,692.00
Chausow Shafer Gertler
& Rosenbloom
734 Central Avenue
Suite 200
Highland Park, IL 60035
              Incurred: 2002-03
Consideration for claim: Services
              Claim is: Fixed and liquidated.

Account no.:                              Amount of claim:        10,800.00
Citibank
PO Box 6000
The Lakes, NV 89163
              Incurred: 2002-03
Consideration for claim: Purchases
              Claim is: Fixed and liquidated.

Account no.:                              Amount of claim:         3,993.87
Condell Hospital
Dept. 77-97169


                              Subtotal this page:        39,228.03

In re: KAREN M. REBMANN                    Case No:

Chicago, IL 60678
                    Incurred: 2002
Consideration for claim: Services
                    Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:      12,252.41
Discover Platinum
PO Box 30395
Salt Lake City, UT 84130
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:      13,529.32
Discover Private Issue
PO Box 30397
Salt Lake City, UT 84130
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:      12,233.23
First USA
PO Box 50882
Henderson, NV 89016
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:       5,517.88
First USA
PO Box 50882
Henderson, NV 89016
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.:                          Amount of claim:         995.64
Kohl's
PO Box 3043
Milwaukee, WI 53201
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.: 4264294497398224         Amount of claim:       9,563.94
MBNA America
PO Box 15019

                              Subtotal this page:      54,092.42

                                                            Page 2

In re: KAREN M. REBMANN                    Case No:

Wilmington, DE
19886-5019
                    Incurred: 2003
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

Account no.:                    Amount of claim:        7,634.05
Midwest Energy Managemen
Attn:  Lonnie Samples
1 Timer Court, Suite 400
Bolingbrook, IL 60440
                    Incurred: 8/2002
Consideration for claim: Signature loan
                    Claim is: Fixed and liquidated.

Account no.:                    Amount of claim:        928.28
Target
Retailers National Bank
PO Box 59317
Minneapolis, MN 55459
                    Incurred: 2002-03
Consideration for claim: Purchases
                    Claim is: Fixed and liquidated.

                Subtotal this page:        8,562.33
                        Total:       101,882.78

In re: KAREN M. REBMANN                              Case No:

### SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

| Name and mailing address, including zip code, of other parties to lease or contract. | Description of contract or lease and nature of debtor's interest. State whether lease is for non-residential real property.  State contract number of any government contract. |
| --- | --- |

NONE

In re: KAREN M. REBMANN                          Case No:

## SCHEDULE H - CODEBTORS

======================================================================

| Name and address of codebtor | Name and address of creditor |

======================================================================

NONE

In re: KAREN M. REBMANN                        Case No:

            SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTORS
===================================================================
DEBTOR'S MARITAL STATUS: Divorced

DEPENDENTS OF DEBTOR
Living with debtor and receiving support for:
  2 kids
Living with debtor:
  Aimee Rebmann, daughter, age 16; Ian Rebmann, son, age 11
-------------------------------------------------------------------
EMPLOYMENT:

              Occupation: Bookkeeper
            Employer name: Chausow Shafer Gertler
        How long employed: 2 months
        Address of employer: 734 Central Avenue
                             Highland Park  IL  60035
===================================================================
INCOME:

Current monthly gross wages,
salary, and commissions...............        866.67

Estimated monthly overtime...........           0.00

SUBTOTAL.............................         866.67

    LESS PAYROLL DEDUCTIONS
    a.   Payroll taxes and
         social security................        0.00
    b.   Insurance.......................        0.00
    c.   Union dues......................        0.00
    d.   Other:
              NONE

    SUBTOTAL OF DEDUCTIONS.............         0.00

TOTAL NET MONTHLY TAKE HOME PAY.......         866.67

Regular income from operation of
business or profession or farm........          0.00

Income from real property............          0.00

Interest and dividends...............           0.00

Alimony, maintenance, or support
payments payable to the debtor
for the debtor's use or that of
dependents listed above...............         937.00

In re: KAREN M. REBMANN                    Case No:

Social security or other government
assistance:
        NONE

Pension or retirement income                      0.00

Other monthly income:
        NONE

TOTAL MONTHLY INCOME..................      1,803.67


Describe any increase or decrease of more than 10% in any of the above
categories anticipated to occur within the year following the filing
of this document:
  NONE

In re: KAREN M. REBMANN                    Case No:

### SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTORS

The following expenditures are for DEBTOR

Rent/home mortgage payments............................      1,629.00

    **REAL ESTATE TAXES ARE INCLUDED.**
    **PROPERTY INSURANCE IS INCLUDED.**

Utilities: Electricity and heating fuel...............        150.00
        Water and sewer...........................         40.00
        Telephone.................................         60.00
        Other:
          NONE

Home maintenance......................................          0.00
Food..................................................        400.00
Clothing..............................................         50.00
Laundry and dry cleaning..............................          0.00
Medical and dental expenses...........................         75.00
Transportation........................................          0.00
Recreation, clubs, and entertainment,
newspapers, magazines, etc............................          0.00
Charitable contributions..............................          0.00

Insurance:
        Homeowner's or renter's.......................
        Life..........................................          0.00
        Health........................................         10.00
        Auto..........................................          0.00
        Other:                                                  0.00
          NONE

Taxes:
  NONE

Installment payments:
        Auto..........................................        359.00
        Other:
          NONE

Alimony, maintenance, and support paid to others.......          0.00

Payments for support of additional dependents
not living at your home...............................          0.00

Regular expenses from operation of business,
profession, or farm...................................          0.00

In re: KAREN M. REBMANN                    Case No:

Other:
  Oreck                                                    39.00

TOTAL MONTHLY EXPENSES...............................    2,812.00

(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, KAREN M. REBMANN, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Summary and Schedules,
consisting of 19 sheets, and that it is true and correct to the best
of my information and belief.

Signature:                                        Date: 1/13/04
    KAREN M. REBMANN

Page 2

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                         Case No.:
KAREN M. REBMANN
Debtor                        Statement of Financial Affairs
Social Security No.: -  -8155
                              Chapter 7

1.   Income from employment or operation of business.

     State the gross amount of income the debtor has received from
     employment, trade, or profession, or from operation of debtor's
     business from the beginning of this calendar year to the date this
     case was commenced.  State also the gross amounts received during
     the two years immediately preceding this calendar year.

           This year: 19 3              Amount:        11,000.00
                 Source: Business
           Last year: 19 2              Amount:        22,000.00
                 Source: Business
        Previous year: 19 1             Amount:        25,000.00
                 Source: Business

2.   Income other than from employment or operation of business.

     State the amount of income received by the debtor other than from
     employment, trade, profession, or operation of the debtor's business
     during the two years immediately preceding the commencement of this
     case.

           This year: 19 3              Amount:             0.00
                 Source:
           Last year: 19 2              Amount:             0.00
                 Source:
        Previous year: 19 1             Amount:             0.00
                 Source:

3.   Payments to creditors.

     a.  List all payments on loans, installment purchases of goods or
         services, and other debts, aggregating more than $600 to any
         creditor, made within 90 days immediately preceding the

commencement of this case.

Paid MBNA America $6,500 on October 25, 2003, with withdrawal from IRA

   b.  List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.

      NONE

4.  Suits, executions, garnishments, and attachments.

   a.  List all suits to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case.

      NONE

   b.  Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case.

      NONE

5.  Repossessions, foreclosures, and returns.

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.

      NONE

6.  Assignments and receiverships.

   a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case.

      NONE

   b.  List all property which has been in the hands of a receiver or court-appointed official within one year immediately preceding the commencement of this case.

      NONE

7.  Gifts.

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in

value per individual family member and charitable contributions
aggregating less than $100 per recipient.

NONE

8.  Losses.

List all losses from fire, theft, other casualty or gambling within
one year immediately preceding the commencement of this case or
since the commencement of this case.

NONE

9.  Payments related to debt counseling or bankruptcy.

List all payments made or property transferred by or on behalf of
the debtor to any persons, including attorneys, for consultation
concerning debt consolidation, relief under the bankruptcy law or
preparation of a petition in bankruptcy within one year immediately
preceding the commencement of this case.

Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211

          Filing fee: 209.00
     Attorney's fees:        1,200.00
          Source was: Family
   Date(s) of payment: 7/14/03

10. Other transfers.

List all other property, other than property transferred in the
ordinary course of the business or financial affairs of the debtor
transferred either absolutely or as security within one year
immediately preceding the commencement of this case.

NONE

11. Closed financial accounts.

List all financial accounts and instruments held in the name of the
debtor or for the benefit of the debtor which were closed, sold, or
otherwise transferred within one year immediately preceding the
commencement of this case.

NONE

12. Safe deposit boxes.

List each safe deposit box or other box or depository in which the

Page 3

debtor has or had securities, cash, or other valuables within one
year immediately preceding the commencement of this case.

NONE

13. Setoffs.

List all setoffs made by any creditor, including a bank, against a
debt or deposit of the debtor within 90 days preceding the
commencement of this case.

NONE

14. Property held for another person.

List all property owned by another person that the debtor holds or
controls.

NONE

15. Prior address of debtor.

If the debtor has moved within the two years immediately preceding
the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement
of this case.

Length of time at current residence:
2 years
Prior residences:

16. Nature, location, and name of business.

a. For individuals, list the names and addresses of all businesses
   in which the debtor was an officer, director, partner, or
   managing executive of a corporation, partnership, sole
   proprietorship, or was a self-employed professional within the
   two years immediately preceding the commencement of this case,
   or in which the debtor owned 5 percent or more of the voting or
   equity securities within the two years immediately preceding the
   commencement of this case.

   NONE

b. If the debtor is a partnership, list the names and addresses
   of all businesses in which the debtor was a partner or owned
   5 percent or more of the voting securities, within the two
   years immediately preceding the commencement of this case.

   N/A

c.  If the debtor is a corporation, list the names and addresses of all businesses in which the debtor was a partner or owned 5 percent or more of the voting securities, within the two years immediately preceding the commencement of this case.

N/A

17. Books, records, and financial statements.

a.  List all bookkeepers and accountants who within the six years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

N/A

b.  List all firms or individuals who within the two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

N/A

c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.

N/A

d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the two years immediately preceding the commencement of this case by the debtor.

N/A

18. Inventories.

a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

N/A

b.  List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

N/A

19. Current Partners, Officers, Directors, and Shareholders.

a.  If the debtor is a partnership, list the nature and percentage
    of partnership interest of each member of the partnership.

    N/A

b.  If the debtor is a corporation, list all officers and directors
    of the corporation, and each stockholder who directly or
    indirectly owns, controls, or holds 5 percent or more of the
    voting securities of the corporation.

    N/A

20. Former partners, officers, directors, and shareholders.

a.  If the debtor is a partnership, list each member who withdrew
    from the partnership within one year immediately preceding
    the commencement of this case.

    N/A

b.  If the debtor is a corporation, list all officers or directors
    whose relationship with the corporation terminated within one
    year immediately preceding the commencement of this case.

    N/A

21. Withdrawals from a partnership or distributions by a corporation.

If the debtor is a partnership or corporation, list all withdrawals
or distributions credited or given to an insider, including
compensation in any form, bonuses, loans, stock redemptions,
options exercised and any other perquisite during one year
immediately preceding the commencement of this case.

    N/A

(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

### DECLARATION

I, KAREN M. REBMANN, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Statement of Financial
Affairs, consisting of 6 sheets, and that it is true and correct to
the best of my information and belief.


Signature: _____        Date: 1/13/04
              KAREN M. REBMANN

                                                         Page 6

Richard Mann                    1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re                              Case No.:
KAREN M. REBMANN
Debtor                             Individual Debtor's Statement of
Social Security No.: -  -8155      Intention

                                   Chapter 7


1.  I, the debtor, have filed a schedule of assets and liabilities which
    includes consumer debts secured by property of the estate.

2.  My intention with respect to the property of the estate which
    secures those consumer debts is as follows:

    a.  Property to be surrendered.
    ------------------------------------------------------------------
    | Description of property          | Creditor's name and address  |
    ------------------------------------------------------------------

NONE

    b.  Property to be retained.
    ------------------------------------------------------------------
    | Description of property          | Creditor's name and address  |
    ------------------------------------------------------------------
    Method of retention:

    The debt will be reaffirmed pursuant to sec. 524(c) (Reaffirm)

    The property is claimed exempt and will be redeemed pursuant to
    sec. 722. (Redeem)

    Lien will be avoided pursuant to sec. 522(f) and property claimed
    as exempt.
    Judicial lien (Judicial lien avoidance)
    Nonpossessory, nonpurchase-money security interest (N.P.M.S.I. lien)
    ------------------------------------------------------------------

2000 Mercury                         Ford Credit
                                     PO Box 219825
Method of retention:                 Kansas City, MO 64101

Reaffirm

Vacuum cleaner

Method of retention:
Reaffirm

Oreck
Retail Services
PO Box 703
Wood Dale, IL 60191-0703

Single family residence

Method of retention:
Reaffirm

Washington Mutual
PO Box 660139
Dallas, TX 75266-0139

3.  I understand that section 521(2)(B) of the Bankruptcy Code requires
    that I perform the above stated intentions within 45 days of the
    filing of this statement with the court, or within such additional
    time as the court, for cause, within such 45-day period fixes.

(The penalties for making a false statement or concealing property is a
fine of up to $500,000 or imprisonment for up to 5 years or both.
- 18 U.S.C. secs. 152 and 3571.)

DECLARATION

I, KAREN M. REBMANN, named as the debtor in this case, declare under
penalty of perjury that I have read the foregoing Individual Debtor's
Statement of Intention, consisting of 2 sheets, and that it is true
and correct to the best of my information and belief.

Signature: _____        Date: 1/13/04
           KAREN M. REBMANN

Richard Mann                     1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re                              Case No.:
KAREN M. REBMANN
Debtor                             Notice of Available Chapters
Social Security No.: -  -8155
                                   Chapter 7

If you intend to file a petition for relief under the bankruptcy laws
of the United States, and your debts are primarily consumer debts, the
Clerk of Court is required to notify you of each chapter of the
Bankruptcy Code under which you may seek relief.  You may proceed under:

    Chapter  7 -- Liquidation, or

    Chapter 11 -- Reorganization, or

    Chapter 12 -- Adjustment of Debts of a Family Farmer With Regular
                  Annual Income

    Chapter 13 -- Adjustment of Debts of an Individual With Regular
                  Income

If you have any questions regarding the information contained in this
notice you should consult with your attorney.

                        Clerk of Court

Richard Mann                          1752642
Richard Mann
Five South County St.
Waukegan, IL  60085
(847) 244-2211
Attorney for the Petitioner

## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re                               Case No.:
KAREN M. REBMANN
Debtor                              Rule 2016(b) - Statement of
Social Security No.: -  -8155       Attorney Compensation

                                    Chapter 7

Pursuant to 11 U.S.C. sec. 329 and Rule of Bankruptcy Procedure 2016(b),
the undersigned, attorney for the debtor in this case, makes this
statement setting forth the compensation paid or agreed to be paid to
the undersigned for services rendered or to be rendered in contemplation
of and in connection with the case by the undersigned, and the source of
such compensation.

1.   Prior to the filing of this disclosure statement, the debtor in this
     case has paid to the undersigned the sum of $1,200.00 plus $209.00
     for the filing fee in this case.

     The source of the PAID sum was: Family

2.   In addition, the debtor has agreed to pay the following:

     NOT APPLICABLE

3.   The undersigned has not shared or agreed to share any portion of
     such compensation with any other person who is not a member or
     regular associate of the undersigned's law firm.

4.   The undersigned has not received any other payment in this case,
     and has no other agreement, except as set out herein.


Signature:_____        Date:___1/13/04___
          Richard Mann
          1752642

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

IN RE:                                              Bankruptcy Case Number:_____

KAREN M. REBMANN

## <u>VERIFICATION OF CREDITOR MATRIX</u>

Number of Creditors:_____

The above-named Debtor(s) hereby verify that the list of creditors is true and correct to the best of my (our) knowledge.

Dated:___1/13/04_____

_____
Debtor

_____
Joint Debtor