UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| REBMANN, KAREN M. | ) | CASE NO. 04 B 01701 |
| | ) | |
| | ) | |
| DEBTOR(S). | ) | HON. A. BENJAMIN GOLDGAR. |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:** **Joseph E. Cohen, Esq.**
**Cohen & Krol**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**Registrant's e-mail: JCohenAttorney@aol.com**

**Please Take Notice** that on **March 31, 2009**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

WILLIAM T. NEARY
UNITED STATES TRUSTEE

DATED: March 31, 2009        BY: /s/ Dean C. Harvalis
                             Dean C. Harvalis, Assistant U.S. Trustee
                             OFFICE OF THE U.S. TRUSTEE
                             219 South Dearborn Street, Room 873
                             Chicago, IL 60603
                             (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on March 31, 2009.

/s/ Dean C. Harvalis