UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| **REBMANN, KAREN M.** ) | Case No. 04-01701 | |
| ) | | |
| Debtor(s). ) | Hon. **A. BENJAMIN GOLDGAR** | |

**Notice of Trustee's Final Report, Hearing on Applications for
Compensation, and Hearing on the Abandonment of Property by the
Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.

2. A hearing will be held

   At:   Park City Branch Court, Courtroom B, 301 Greenleaf Avenue, Park City, IL 60085

   On: **May 15, 2009**          Time: **2:00 p.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:
   Receipts                                                                  $224,550.85

   Disbursements                                                             $211,121.82

   Net Cash Available for Distribution                                        $13,429.03

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| JOSEPH E. COHEN  *Trustee Compensation* | $0.00 | $5,000.00 | $0.00 |

| | | | |
|---|---|---|---|
| **COHEN & KROL**<br>*Attorney for Trustee* | $0.00 | $3,572.50 | $0.00 |
| **COOKE & LEWIS, LTD.**<br>*Accountant for Trustee* | $0.00 | $2,625.00 | $350.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $4,829.91 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 38%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 8 | Internal Revenue Service | $4,829.91 | |

7. Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF BANKRUPTCY COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:
<u>Name of Property</u>                                                      <u>Scheduled Value</u>
NONE                                                                              $


Dated: **April 8, 2009**                             For the Court,

                                          By:  **KENNETH S. GARDNER**
                                               CLERK OF BANKRUPTCY COURT

| | |
|---|---|
| Trustee: | Joseph E. Cohen |
| | Cohen & Krol |
| Address: | 105 West Madison Street |
| | Suite 1100 |
| | Chicago, IL  60602-0000 |
| Phone No.: | (312) 368-0300 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                   Date Rcvd: Apr 08, 2009
Case: 04-01701                 Form ID: pdf002              Total Served: 25

The following entities were served by first class mail on Apr 10, 2009.
db           +Karen M Rebmann,    6247 Eagle Ridge Drive,    Gurnee, IL 60031-4715
aty          +Linda M Kujaca,    P.O. Box 254,   Wood Dale, IL 60191-0254
aty          +Richard Mann,    78 pierce road,    highland park, IL 60035-5325
tr           +Joseph E Cohen,  Tr.,    Cohen & Krol,    105 West Madison Suite 1100,    Chicago, IL 60602-4600
7658784      +AT&T,   Attn: Linda Adams,    Bankruptcy Dept.,    6021 S. Rio Grande Ave,
               Orlando, FL 32809-4613
7658785      +Centre Club,    1405 Hunt Club Road,    Gurnee IL 60031-2656
7658786      +Chausow Shafer Gertler & Rosenbloom,    734 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3253
7658787      +Citibank,    PO Box 6000,    The Lakes, NV 89163-0001
8638997      +Citibank NA,    Exception Payment Processing,    POB 6305,    The Lakes, NV 88901-6305
7658788      +Condell Hospital,    Dept. 77-97169,    Chicago, IL 60678-0001
7658791       First USA,    PO Box 50882,    Henderson, NV 89016
7658793      +Ford Credit,    PO Box 219825,    Kansas City, MO 64121-9825
10958159    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Department of the Treasury,    Internal Revenue Service,
               Centralized Insolvency Operations,    POB 21126,    Philadelphia, PA 19114)
10947630    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:  Internal Revenue Service,    Centralized Insolvency Operations,
               P.O. Box 21126,    Philadelphia,Pa 19114)
7658795      +MBNA America Bank,    POB 15168 MS 1423,    Wilmington, DE 19850-5168
7658796      +Midwest Energy Management,    Attn: Lonnie Samples,    1 Timber Court, Suite 400,
               Bolingbrook, IL 60440-3498
7658797       Oreck,   Retail Services,    PO Box 703,    Wood Dale, IL 60191-0703
7658798      +Target,   Retailers National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
8639166      +Universal Bank NA,    Exception Payment Processing,    POB 6305,    The Lakes, NV 88901-6305
7658799       Washington Mutual,    PO Box 660139,    Dallas, TX 75266-0139
The following entities were served by electronic transmission on Apr 09, 2009.
8416421       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:19     Discover Bank,   POB 8003,
               Hilliard, OH 43026
7658789       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:19     Discover Platinum,
               PO Box 30395,    Salt Lake City, UT 84130
7658790       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 09 2009 04:20:19     Discover Private Issue,
               PO Box 30397,    Salt Lake City, UT 84130
7658794      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 09 2009 04:19:59      Kohl's,   PO Box 3043,
               Milwaukee, WI 53201-3043
8421219      +E-mail/PDF: cr-bankruptcy@kohls.com Apr 09 2009 04:19:59      Kohl's Department Store,
               c/o Creditors Bankruptcy Service,    POB 740933,    Dallas, TX 75374-0933
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7658792*      First USA,    PO Box 50882,    Henderson, NV 89016
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 10, 2009**            **Signature:**            *Joseph Speetjens*