UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
REBMANN, KAREN M § Case No. 04-01701
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER  ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/JOSEPH E. COHEN_____
                                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Karen Rebmann |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ford Credit PO Box 219825 Kansas City, MO 64101 |  |  |  |  |  |
| Oreck Retail Services PO Box 703 Wood Dale, IL 60191-0703 |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Washington Mutual PO Box 660139 Dallas, TX 75266-0139 | | | | | |
| WASHIINGTON MUTUAL | | | | | |
| DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Misc. expenses | | | | | |
| COUNTY OF LAKE | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COOKE & LEWIS, LTD. | | | | | |
| COLDWELL BANKER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AT&T Attn: Linda Adams Bankruptcy Dept 6021 S. Rio Grande Ave Orlando, FL 32859 | | | | | |
| Centre Club 1405 Hunt Club Road Gurnee, IL 60031 | | | | | |
| Chausow Shafer Gertler & Rosenbloom 734 Central Avenue Suite 200 Highland Park, IL 60035 | | | | | |
| CitiBank PO Box 6000 The Lakes, NV 89163 | | | | | |
| Condell Hospital Dept. 77-97169 Chicago, IL 60678 | | | | | |
| First USA PO Box 50882 Henderson, NV 89016 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| First USA PO Box 50882 Henderson, NV 89016 | | | | | |
| Midwest Energy Management Attn: Lonnie Samples 1 Timer Court, Suite 400 Bolingbrook, Il 60440 | | | | | |
| Target Retailers National Bank PO Box 59317 Minneapolis, MN 55459 | | | | | |
| DISCOVER BANK | | | | | |
| DISCOVER BANK | | | | | |
| KOHL"S DEPARTMENT STORE | | | | | |
| MBNA AMERICA BANK | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-01701 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | REBMANN, KAREN M | Date Filed (f) or Converted (c): | 01/15/04 (f) |
| | | 341(a) Meeting Date: | 02/26/04 |
| For Period Ending: | 06/04/10 | Claims Bar Date: | 10/27/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL ESTATE | 185,000.00 | 12,500.00 | | 224,225.00 | 0.00 |
| 2. CASH | 10.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 100.00 | 0.00 | | 0.00 | 0.00 |
| 4. HOUSEHOLD GOODS | 200.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 200.00 | 0.00 | | 0.00 | 0.00 |
| 6. IRA | 5,000.00 | 0.00 | | 0.00 | 0.00 |
| 7. VEHICLE | 500.00 | 0.00 | | 0.00 | 0.00 |
| 8. VEHICLE | 11,000.00 | 0.00 | | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 326.50 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
| --- | --- | --- | --- | --- | --- |
| TOTALS (Excluding Unknown Values) | $202,010.00 | $12,500.00 | | $224,551.50 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF DEBTOR'S REAL ESTATE. TRUSTEE HAS EMPLOYED BROKER AND IS SELLING DEBTOR'S RESIDENCE.
TRUSTEE HAS HIRED A BROKER AND HAS SOLD THE DEBTOR'S HOUSE. CLOSING HAS TAKEN PLACE. TRUSTEE TO REVIEW CLAIMS AND
START PREPARING FINAL REPORT. TRUSTEE NEEDS TO EMPLOY AN ACCOUNTANT. ACCOUNT EMPLOYED AND TAX RETURN BEING PREPARED.
TRUSTEE HAS FILED HIS FINAL REPORT WITH THE COURT. DISTRIBUTION TO CREDITORS MADE. WAITING FOR CHECKS TO CLEAR.
TRUSTEE WAITING FOR CHECK ISSUED TO UNITED STATES TREASURY TO CLEAR. TRUSTEE TO MAKE A SECONDARY DISTRIBUTION.

Initial Projected Date of Final Report (TFR): 03/31/05    Current Projected Date of Final Report (TFR): 02/28/09

LFORM1    Ver: 15.09

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 04-01701 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | REBMANN, KAREN M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8901 BofA - Money Market Account |
| Taxpayer ID No: | *******8704 | | |
| For Period Ending: | 06/04/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/12/04 | | CHICAGO TITLE | | | 12,921.49 | | 12,921.49 |
| | 1 | CHICAGO TITLE | Memo Amount:    224,000.00 | 1110-000 | | | |
| | | | Sale proceeds | | | | |
| | | | Sale proceeds | | | | |
| | | WASHIINGTON MUTUAL | Memo Amount:  ( 185,965.20 ) | 4110-000 | | | |
| | | | Payment of secured claim | | | | |
| | | KAREN REBMANN | Memo Amount:  (   7,500.00 ) | 8100-002 | | | |
| | | | Payment of exemption | | | | |
| | | | Payment of exemption | | | | |
| | | COLDWELL BANKER | Memo Amount:  (  12,200.00 ) | 3510-000 | | | |
| | | | Broker's real estate commission | | | | |
| | | COUNTY OF LAKE | Memo Amount:  (   3,091.31 ) | 2820-000 | | | |
| | | | Real estate taxes | | | | |
| | | | Real estate taxes | | | | |
| | | | Memo Amount:  (   2,322.00 ) | 2500-000 | | | |
| | | | Misc. expenses | | | | |
| | | | Misc. expenses | | | | |
| 10/12/04 | 1 | LINDA ANTOKAL | | 1110-000 | 225.00 | | 13,146.49 |
| 10/29/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 0.50 | | 13,146.99 |
| 11/30/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.08 | | 13,148.07 |
| 12/31/04 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.11 | | 13,149.18 |
| 01/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 1.12 | | 13,150.30 |
| 02/28/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.52 | | 13,152.82 |
| 03/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.79 | | 13,155.61 |
| 04/22/05 | 000301 | INTERNATIONAL SURETIES, LTD. | | 2300-000 | | 10.67 | 13,144.94 |
| | | Suite 1700 | | | | | |
| | | 210 Baronne St. | | | | | |
| | | New Orleans, LA 70112 | | | | | |
| 04/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.70 | | 13,147.64 |
| 05/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 2.79 | | 13,150.43 |

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-01701 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | REBMANN, KAREN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8901 BofA - Money Market Account |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.70 | | 13,153.13 |
| 07/29/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.79 | | 13,155.92 |
| 08/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.70 | | 13,162.62 |
| 09/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.49 | | 13,169.11 |
| 10/31/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.71 | | 13,175.82 |
| 11/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.50 | | 13,182.32 |
| 12/30/05 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.71 | | 13,189.03 |
| 01/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 6.73 | | 13,195.76 |
| 02/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 9.40 | | 13,205.16 |
| 03/14/06 | 000302 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 10.07 | 13,195.09 |
| 03/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.21 | | 13,206.30 |
| 04/28/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.85 | | 13,217.15 |
| 05/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.23 | | 13,228.38 |
| 06/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.87 | | 13,239.25 |
| 07/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.24 | | 13,250.49 |
| 08/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.25 | | 13,261.74 |
| 09/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.90 | | 13,272.64 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.28 | | 13,283.92 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.92 | | 13,294.84 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.28 | | 13,306.12 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.31 | | 13,317.43 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.22 | | 13,327.65 |
| 03/01/07 | 000303 | International Sureties, Ltd. Suite 500 203 Carondelet St. New Orleans, LA 70130 | Bond premium | 2300-000 | | 10.73 | 13,316.92 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.31 | | 13,328.23 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.96 | | 13,339.19 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.33 | | 13,350.52 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 10.97 | | 13,361.49 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.35 | | 13,372.84 |

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-01701 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | REBMANN, KAREN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******8901 BofA - Money Market Account |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 11.36 | | 13,384.20 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.53 | | 13,392.73 |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 8.53 | | 13,401.26 |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.650 | 1270-000 | 7.16 | | 13,408.42 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 6.41 | | 13,414.83 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 5.32 | | 13,420.15 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 3.19 | | 13,423.34 |
| 03/25/08 | 000304 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 11.84 | 13,411.50 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 3.17 | | 13,414.67 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 2.75 | | 13,417.42 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.70 | | 13,419.12 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.65 | | 13,420.77 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.71 | | 13,422.48 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.71 | | 13,424.19 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 1.65 | | 13,425.84 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.30 | | 13,427.14 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 1.10 | | 13,428.24 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.68 | | 13,428.92 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,429.03 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,429.13 |
| 02/28/09 | 000305 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 11.02 | 13,418.11 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,418.23 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 0.29 | | 13,418.52 |
| 05/14/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.14 | | 13,418.66 |
| 05/14/09 | | Transfer to Acct #*******0957 | Final Posting Transfer | 9999-000 | | 13,418.66 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) (Page: 11)

Ver: 15.09

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-01701 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | REBMANN, KAREN M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8901  BofA - Money Market Account |
| Taxpayer ID No: | *******8704 | | |
| For Period Ending: | 06/04/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******8901

| | | | |
| --- | --- | --- | --- |
| | Balance Forward | 0.00 | |
| 2 | Deposits | 13,146.49 | 5 Checks 54.33 |
| 56 | Interest Postings | 326.50 | 0 Adjustments Out 0.00 |
| | | | 1 Transfers Out 13,418.66 |
| | Subtotal | $ 13,472.99 | |
| | | | Total $ 13,472.99 |
| 0 | Adjustments In | 0.00 | |
| 0 | Transfers In | 0.00 | |
| | Total | $ 13,472.99 | |

Memo Allocation Receipts:       224,000.00
Memo Allocation Disbursements:  211,078.51

Memo Allocation Net:              12,921.49

LFORM2T4

UST Form 101-7-TDR (9/1/2009) (Page: 12)

Ver: 15.09

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 04-01701 -ABG |
| Case Name: | REBMANN, KAREN M |
| Taxpayer ID No: | *******8704 |
| For Period Ending: | 06/04/10 |

| | |
|---|---|
| Trustee Name: | JOSEPH E. COHEN |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******0957 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/14/09 | | Transfer from Acct #*******8901 | Transfer In From MMA Account | 9999-000 | 13,418.66 | | 13,418.66 |
| 05/19/09 | 003001 | JOSEPH E. COHEN<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,000.00 | 8,418.66 |
| 05/19/09 | 003002 | Cohen & Krol | Attorney for Trustee fees | 3110-000 | | 2,381.67 | 6,036.99 |
| 05/19/09 | 003003 | Cooke & Lewis, Ltd. | Accountant for Trustee fees | | | 2,975.00 | 3,061.99 |
| | | | Accountant for Trustee fees | | | | |
| | | | Fees 2,625.00 | 3410-000 | | | 3,061.99 |
| | | | Expenses 350.00 | 3420-000 | | | 3,061.99 |
| 05/19/09 | 003004 | Joseph E. Cohen | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,190.83 | 1,871.16 |
| * 05/19/09 | 003005 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 21126<br>Philadelphia, PA 19114 | Claim 000008, Payment 38.74109% | 4300-003 | | 1,871.16 | 0.00 |
| * 06/02/09 | 003005 | Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>POB 21126<br>Philadelphia, PA 19114 | Claim 000008, Payment 38.74109%<br>Check was returned to me by the IRS. | 4300-003 | | -1,871.16 | 1,871.16 |
| 04/12/10 | 003006 | Discover Bank<br>POB 8003<br>Hilliard, OH 43026 | Claim 000002, Payment 5.75807% | 7100-000 | | 764.97 | 1,106.19 |
| 04/12/10 | 003007 | Discover Bank<br>POB 8003<br>Hilliard, OH 43026 | Claim 000003, Payment 5.75805% | 7100-000 | | 762.40 | 343.79 |
| 04/12/10 | 003008 | Kohl"s Department Store<br>c/o Creditors Bankruptcy Service<br>POB 740933 | Claim 000004, Payment 5.75781% | 7100-000 | | 67.69 | 276.10 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 13)* Ver: 15.09

Page: 6

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-01701 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | REBMANN, KAREN M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0957 BofA - Checking Account |
| Taxpayer ID No: | *******8704 | | | |
| For Period Ending: | 06/04/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/12/10 | 003009 | Dallas, TX 75374<br>MBNA America Bank<br>POB 15168 MS 1423<br>Wilmington, DE 19850 | Claim 000005, Payment 5.75820% | 7100-000 | | 276.10 | 0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Account *******0957 | Balance Forward | 0.00 | | |
| | | 0 Deposits | 0.00 | 10 Checks | 13,418.66 |
| | | 0 Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| Memo Allocation Receipts: 0.00 | | | | 0 Transfers Out | 0.00 |
| Memo Allocation Disbursements: 0.00 | | Subtotal | $ 0.00 | | |
| | | | | Total | $ 13,418.66 |
| Memo Allocation Net: 0.00 | | 0 Adjustments In | 0.00 | | |
| | | 1 Transfers In | 13,418.66 | | |
| | | Total | $ 13,418.66 | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | Report Totals | Balance Forward | 0.00 | | |
| | | 2 Deposits | 13,146.49 | 17 Checks | 13,472.99 |
| Total Allocation Receipts: 224,000.00 | | 56 Interest Postings | 326.50 | 0 Adjustments Out | 0.00 |
| Total Allocation Disbursements: 211,078.51 | | | | 1 Transfers Out | 13,418.66 |
| | | Subtotal | $ 13,472.99 | | |
| Total Memo Allocation Net: 12,921.49 | | | | Total | $ 26,891.65 |
| | | 0 Adjustments In | 0.00 | | |
| | | 1 Transfers In | 13,418.66 | | |
| | | Total | $ 26,891.65 | Net Total Balance | $ 0.00 |

LFORM2T4
UST Form 101-7-TDR (9/1/2009) *(Page: 14)*

Ver: 15.09